United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Equal Employment Opportunity Commission, Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 17-23550-Civ-Scola |
| Abraham Chevrolet-Miami, Inc. d/b/a Autonation Chevrolet Coral Gables and Autonation, Inc., Defendants. | ) ) ) ) ) |

## **CONSENT DECREE**

The Consent Decree ("Decree") is made and entered into by and between Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendants Abraham Chevrolet-Miami, Inc., d/b/a "AutoNation Chevrolet Coral Gables," and L.P. Evans Motor WPB, Inc. d/b/a 'Mercedes-Benz of Miami," (collectively Defendants).[1] The EEOC and Defendants are collectively referred to as the "Parties" throughout this Decree.

## **INTRODUCTION**

1. The EEOC filed this action on September 27, 2017, under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct what EEOC found in its administration investigation to be unlawful employment practices on the basis of sex and to provide appropriate relief based on that finding to Jacqueline de la Torre.

2. The EEOC alleged in its Amended Complaint that Defendants violated Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, by failing to consider and/or promote Jacqueline de la Torre for the Parts Manager position based on her sex, female, and that unlawful employment practices complained of were intentionally done with malice and/or reckless indifference to the federally protected rights of Ms. de la Torre.

---

[1] The Court, through a separate order, has dismissed AutoNation, Inc. as a defendant in this lawsuit and has added Defendant L.P. Evans Motor WPB, Inc. d/b/a 'Mercedes-Benz of Miami" as party-Defendant.

3. Defendants deny the allegations but, in an effort to resolve this dispute, agree to the entry of this Consent Decree.

## EFFECTIVE DATE

4. The Effective Date of this Decree is the date on which the Court gives final approval to the Decree by entering it on the Court docket after motion and hearing, if required.

## GENERAL PROVISIONS

5. This Decree fully and finally resolves the claims asserted in the Amended Complaint filed by the EEOC in this action styled *EEOC v. Abraham Chevrolet-Miami, Inc., d/b/a "AutoNation Chevrolet Coral Gables," et al.,* Case No. 17-23550-civ-Scola, in the United States District Court, Southern District of Florida, on July 6, 2018. Such action arose from the allegations contained in EEOC Charge Number 510-2014-03393.

6. The Parties acknowledge that this Decree does not resolve any Charges of Discrimination that may be pending with EEOC against Defendants. This Decree in no way affects the EEOC's right to bring, process, investigate or litigate other charges that may be in existence or may later be filed against Defendants in accordance with standard EEOC procedures.

7. If one or more provisions of this Decree are rendered unlawful or unenforceable, the Parties shall attempt to agree upon what amendment to this Decree, if any, is appropriate to effectuate the purposes of the unlawful or unenforceable portion of this Decree. In any event, the unaffected provisions will remain enforceable.

8. No waiver, modification, or amendment of any provision of this Decree will be effective unless made in writing and signed by an authorized representative of each of the Parties. By mutual agreement of the Parties, this Decree may be amended or modified in the interests of justice and fairness in order to effectuate the provisions of this Decree.

9. Having carefully examined the terms and provisions of this Decree, and based on the pleadings, record and stipulations of the Parties, the Court finds the following:

    a. This Court has jurisdiction over the subject matter of this action and the Parties;

    b. No party shall contest the jurisdiction of this Federal Court to enforce this Decree and its terms or the right of EEOC to bring an enforcement suit upon alleged breach of any term(s) of this Decree;

  c. The terms of this Decree are adequate, reasonable, equitable, and just, and the rights of the Parties, and the public interest are adequately protected by this Decree; and

  d. The terms of this Decree are and shall be binding upon the present and future directors, officers, successors, and assigns of Defendants.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

## DURATION OF THE DECREE & RETENTION OF JURISDICTION

10. All provisions of this Decree shall be in effect (and the Court will retain jurisdiction of this matter to enforce this Decree) for a period of three (3) years after the Effective Date, provided, however, that if, at the end of the three-year period, any disputes regarding compliance remain unresolved pursuant to the procedures set forth in Paragraph 35 herein, the term of the Decree shall be automatically extended (and the Court will retain jurisdiction of this matter to enforce the Decree) until such time as all such disputes have been resolved.

## MONETARY RELIEF

11. In settlement of this lawsuit, Defendant Abraham Chevrolet-Miami, Inc., D/B/A AutoNation Chevrolet Coral Gables shall pay a lump sum in the amount of one hundred fifty thousand dollars ($150,000.00). This sum shall be the full and final amount Defendants shall pay to settle claims brought by the EEOC in this lawsuit based on EEOC Charge of Discrimination No. 510-2014-03393.

12. No later than fourteen (14) days from the Effective Date, Defendant Abraham Chevrolet-Miami, Inc., D/B/A AutoNation Chevrolet Coral Gables will deliver payment in the form of a check payable to Jacqueline de la Torre and the Trust Account of Fowler Rodriguez, which shall constitute payment for alleged compensatory and punitive damages. The check shall be delivered via hand delivery or certified mail, return receipt requested, to: Santiago J. Padilla, Esq., Fowler Rodriguez, 355 Alhambra Circle, Suite 801, Coral Gables, Florida 33134.

13. Defendant AutoNation Chevrolet Coral Gables will issue an I.R.S. Form 1099 to Santiago J. Padilla, Esq. for the above listed amount at the address listed above.

14. If Defendant AutoNation Chevrolet Coral Gables fails to tender payment as described in paragraphs 11 and 12, above, then Defendant shall pay interest on the defaulted payment at the rate calculated pursuant to 26

U.S.C. § 6621(b) until the same is paid, and bear any additional costs incurred by the EEOC caused by the non-compliance or delay of Defendant.

15. Copies of all payments made pursuant to paragraphs 11 and 12 above, and the I.R.S. Form 1099 referred to in paragraph 13, shall be forwarded to "Robert E. Weisberg, Regional Attorney, Re: AutoNation Consent Decree" at U.S. Equal Employment Opportunity Commission. 100 S.E. 2nd Street, Suite 1500, Miami, Florida. 33131 and to robert.weisberg@eeoc.gov and carmen.cartaya@eeoc.gov.

## INJUNCTION

16. <u>No discrimination</u>.  Defendants and their officers, managers, supervisors, employees, successors, and assigns, are enjoined from failing to consider and/or hire women for management positions in the Parts and Service Departments ("Customer Care").  Defendants' hiring processes, decisions and all their terms and conditions of employment shall be maintained and conducted in a manner that does not discriminate on the basis of sex.

17. <u>No retaliation</u>. Defendants, their officers, managers, supervisors, employees, successors in interest, and all persons acting in concert with them or on their behalf, shall not retaliate against any applicants or employees who: oppose any hiring practice made unlawful by Title VII; file a charge of discrimination on the basis of sex; assist in any investigation, proceeding, or hearing in connection with any charge of discrimination or complaint of sex discrimination.

18. <u>Compliance with Federal Equal Employment Opportunity Laws</u>. Nothing in this Decree shall be construed to limit or reduce Defendants' obligations to comply with the statutes enforced by EEOC: Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., ("Title VII"), Title I of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, as amended, the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-633a, the Equal Pay Act ("EPA"), 29 U.S.C. § 206(d), and the Genetic Information Nondiscrimination Act of 2008 ("GINA"), 42 U.S.C. § 2000ff.

## ONGOING COMMITMENT TO EQUAL EMPLOYMENT OPPORTUNITY

19. On an annual basis during the duration of this Decree, the General Manager of AutoNation Chevrolet Coral Gables and the General Manager of Mercedes-Benz of Miami shall deliver live executive messages to their workforces at these two dealership locations regarding the importance of equal employment opportunity and diversity, including sex diversity in hiring and

promotion. The workforce shall attend, through department meetings or otherwise, the live executive messages in person to the extent possible.

20. Within thirty (30) calendar days of the Effective Date of this Decree, Defendants shall direct managers and/or third-party vendors to include the following language in all job postings for Parts and Service Department management positions ("Customer Care") at their respective dealerships: "AutoNation is an Equal Opportunity Employer," to the extent not already included. The failure of an individual manager or third-party vendor to include such language shall not be deemed a violation of the Decree, provided that Defendants take prompt corrective action upon learning that a job advertisement or posting is not compliant and any necessary steps to remedy the process as to applicants.

## MANAGEMENT TRAINING AT TWO AUTONATION-OWNED DEALERSHIPS

21. Upon execution of this Decree, each Defendant shall provide two (2) hours of live training on an annual basis for the managers and supervisors of their Parts and Services Departments ("Customer Care") and the General Manager (hereinafter the "Management Training"). The attendees for the Management Training shall include, but are not limited to, the General Manager, the Parts and Service Managers, the Parts and Service Directors, and any consultants or other personnel that participate in hiring or promotion within any of the Defendants' Parts and Service Departments.

22. The initial Management Training shall take place within ninety (90) calendar days of the Effective Date of the Decree. Subsequent Management Trainings will take place annually thereafter, and shall be completed once a year for each of the three years of the Decree.

23. The training shall include, but is not limited to, the following: (1) an explanation of the prohibition against discrimination based on sex including, sex-neutral and non-discriminatory recruiting, interviewing, and hiring and training on how to avoid stereotypes, including sex-based stereotypes and gender-role stereotypes, in hiring, promotions and in the workplace; (2) an explanation of the prohibition against retaliation under Title VII of the Civil Rights Act of 1964 including, each Defendant's complaint reporting process and complaint investigation procedures, what constitutes retaliation for opposing discrimination or making a charge, testifying, assisting, or participating in any manner in investigations, proceedings, or hearings concerning discrimination or retaliation; (3) examples of gender-neutral interview questions and gender-neutral job applications; (4) examples of inappropriate sex-based interview questions and inappropriate sex-based job

application questions; and (5) dialogue concerning the gender breakdown of the employees in each dealership by Parts and Service Departments' positions in the context of the above topics.

24. Defendants shall retain, at their own expense, a subject matter expert ("SME") on equal employment opportunity laws and the rights of employees, including the right to be free from sex discrimination, to conduct the Management training sessions. Within thirty (30) days of the entry of this Decree, Defendants shall identify the SME to the EEOC and obtain the EEOC's agreement on the SME. The EEOC's agreement on an SME will not be unreasonably withheld.

### EMPLOYEE TRAINING AT TWO AUTONATION-OWNED DEALERSHIPS

25. Upon execution of this Decree, Defendants shall provide one and one half (1.5) hours of live training on an annual basis for all of its Customer Service and/or Parts and Service employees in non-management positions at AutoNation Chevrolet Coral Gables and Mercedes Benz of Miami (hereinafter the "Employee Training").

26. The initial Employee Training shall take place within ninety (90) calendar days of the Effective Date of this Decree. Subsequent employee trainings will take place annually thereafter, and shall be completed once a year for each of the three years of the Decree.

27. The Employee Training shall include, but is not limited to, the following: (1) an explanation of the prohibition against discrimination based on sex including, but not limited to, sex-neutral and non-discriminatory employment practices, including hiring and promotion, training on stereotypes in the workplace, including sex-based stereotypes and gender-role stereotypes in hiring and promotions; (2) an explanation of the prohibition against retaliation under Title VII of the Civil Rights Act of 1964 including, but not limited to, each Defendant's reporting process and complaint investigation procedures, what constitutes retaliation for opposing discrimination or making a charge, testifying, assisting, or participating in any manner in investigations, proceedings, or hearings concerning discrimination or retaliation; (3) an explanation of the Defendants' policies and procedures to file internal complaints of discrimination; (4) an explanation of the EEOC's process and procedures to file a complaint of discrimination; (5) examples of inappropriate sex-based interview questions and inappropriate sex-based job application questions; and (6) examples of gender-neutral interview questions and gender-neutral job application questions.

28. Defendants shall retain, at their own expense, a subject matter expert ("SME") on equal employment opportunity laws and the rights of employees, including the right to be free from sex discrimination, to conduct the Employee training sessions. Within thirty (30) days of the entry of this Decree, Defendants shall identify the SME to the EEOC and obtain the EEOC's agreement on the SME. The EEOC's agreement on an SME will not be unreasonably withheld.

29. Defendants will provide the EEOC with at least four weeks' notice of the time, date, location of each Management and Employee training session required hereunder. The notice shall be sent to Robert E. Weisberg, Regional Attorney, Re: AutoNation Consent Decree at robert.weisberg@eeoc.gov and at carmen.cartaya@eeoc.gov. Defendants also agree to timely notify the EEOC of any scheduling changes as concerns Management and Employee training sessions.

30. Within seven (7) days of the completion of each training session, Defendants will notify the EEOC in writing of the completion of the training session and the name and job title of each person who attended the training session. Defendants will also submit to EEOC at this time all written or visual materials provided or shown to the participants of the training sessions. This information shall be sent to "Robert E. Weisberg, Regional Attorney, Re: AutoNation Consent Decree" at robert.weisberg@eeoc.gov and at carmen.cartaya@eeoc.gov.

## NOTICE

31. Within fourteen (14) calendar days after the Effective Date of this Decree, Defendants will post copies of the applicable Notice (attached as Exhibit A or Exhibit B) in at least two (2) conspicuous locations easily accessible to and commonly frequented by Defendants' employees. The Notice shall be at least eleven by fourteen inches and laminated and shall be posted in both English and Spanish. The Notices will remain posted for the duration of this Decree. Defendants will take reasonable steps to ensure that the postings are not altered, defaced or covered by any other material. Defendants will certify to the EEOC in writing within fourteen (14) business days after the Effective Date of the Decree that the Notices have been properly posted.

## MONITORING AND REPORTING

32. The EEOC may review compliance with this Decree and may request a report detailing complaints of gender discrimination in hiring or promotion, or retaliation for making any such complaint, made by Defendants'

employees to Defendants' managers or per Defendants' reporting policies. Where reports are requested, the report shall include a description of the nature of each complaint received including the name and title of the alleged discriminator, name of the applicant or employee making the complaint, relevant dates, and what action (if any) Defendants took in response to the complaint. If there are no complaints of gender discrimination or related retaliation, Defendants shall indicate the same.

33. Defendants will provide to the EEOC the following written reports annually for a period of three (3) years following the Effective Date of this Decree. The reports shall be due on June 1, 2019, June 1, 2020 and June 1, 2021. Each report shall contain:

   a. A certification that Defendants complied with paragraphs 15-29 above;
   b. A certification that the Notices required to be posted in paragraph 30 above remained posted during the entire annual period preceding the report; and
   c. A summary report containing: (i) the name of each open Parts and Service Departments management positions filled in each dealership the prior year; (ii) a list of all applicants for each open Parts and Service Departments management position and copies of their application materials; (iii) the name and gender of each person interviewed for each open Parts and Service Departments management position; and (iv) the name of the person hired for each open Parts and Service Departments management position. Any notices or reports required by this Decree shall be sent to "Robert E. Weisberg, Regional Attorney, Re: AutoNation Consent Decree" at robert.weisberg@eeoc.gov and carmen.cartaya@eeoc.gov.

34. Nothing contained in this Decree shall be construed to limit any legal obligation Defendants may otherwise have to maintain records, including under Title VII and its record keeping regulations.

## DISPUTE RESOLUTION

35. In the event that either party believes that the other party has failed to comply with any provisions of the Decree, the complaining party shall notify the alleged non-complying party in writing of such non-compliance and afford the alleged non-complying party fourteen (14) calendar days to remedy the non-compliance or satisfy the complaining party that the alleged non-complying party has, in fact, complied. This time period may be extended by

the parties by agreement. If the alleged non-complying party has not remedied the alleged non-compliance or satisfied the complaining party that it has complied within fourteen (14) calendar days (or as further agreed), the complaining party may apply to the Court for appropriate relief.

## NOTIFICATION OF SUCCESSORS

36. Defendants shall provide prior written notice of this lawsuit and a copy of the Complaint and this Decree to any potential purchasers, successors, assigns, subsidiaries, affiliates, or any other corporation, entity, or division with which Defendants may merge or consolidate. All such entities shall be bound by this Decree.

## DOCUMENT AND DATA RETENTION

37. Notwithstanding the expiration of the other provisions of this Decree, for one (1) calendar year after the expiration of the term of this Decree, Defendants shall retain all documents or data made or kept under this Decree. Defendants shall provide such documents or data to the EEOC within twenty-one (21) calendar days after receiving the EEOC's written request, provided the same is received by Defendants no later than twenty-one (21) days after the expiration of such one-year period. This information will be sought by EEOC solely for purposes of ascertaining and ensuring compliance with the Consent Decree.

## COSTS

38. Each party to this Decree shall bear its own costs associated with this litigation.

**Done and ordered** in chambers, at Miami, Florida on August 17, 2018.

_____
Robert N. Scola, Jr.
United States District Judge

# EXHIBIT A

# NOTICE TO AUTONATION CHEVROLET CORAL GABLES EMPLOYEES

This Notice is being posted pursuant to a Consent Decree entered by the U.S. District Court, Southern District of Florida, in *EEOC v. Abraham Chevrolet-Miami, Inc., d/b/a "AutoNation Chevrolet Coral Gables," et al.,* Case No. 17-23550-civ-Scola.

Title VII protects individuals from employment discrimination because of their sex. Additionally, Title VII protects employees from discrimination for making charges, testifying, assisting, or participating in enforcement proceedings. AutoNation Chevrolet Coral Gables will not condone employment discrimination of any kind as set forth in federal anti-discrimination laws. It is the policy of AutoNation Chevrolet Coral Gables to offer employment opportunities to all qualified employees and applicants, regardless of sex, race, color, religion, national origin, age, disability, or other protected characteristic. AutoNation Chevrolet Coral Gables does not tolerate intentional discrimination in violation of the provisions of Title VII of the Civil Rights Act of 1964. as amended; the Age Discrimination in Employment Act (ADEA); Genetic Information Nondiscrimination Act of 2008 (GINA); or the Equal Pay Act (EPA) of 1963, or the Americans with Disabilities Act (ADA), as amended.

Appropriate corrective action, up to and including termination, based upon the circumstances involved, shall be taken against any employee (including management personnel) found to have violated AutoNation Chevrolet Coral Gables' policy prohibiting discrimination. No action will be taken against an individual because he/she has exercised his/her rights under the law to oppose discriminatory acts or to file charges with the EEOC.

The EEOC enforces the federal laws against discrimination in employment on the basis of disability, race, color, religion, national origin, sex. and age. If you believe you have been discriminated against, you may contact the EEOC at 1(800) 669-4000. The EEOC charges no fees and has employees who speak languages other than English.

This Notice must remain posted for three (3) years from the date below and must not be altered, defaced or covered by any other material. Any questions about this Notice of compliance with its terms may be directed to: Robert E. Weisberg, Regional Attorney, Re: AutoNation Consent Decree at U.S. Equal Employment Opportunity Commission. 100 S.W. 2nd Street, Suite 1500, Miami, Florida 33131 and robert.weisberg@eeoc.gov.

Date: _____          _____
                                        General Manager
                                        Abraham Chevrolet-Miami, Inc.

**EXHIBIT B**

**NOTICE TO MERCEDES-BENZ OF MIAMI EMPLOYEES**

Title VII protects individuals from employment discrimination because of their sex. Additionally, Title VII protects employees from discrimination for making charges, testifying, assisting, or participating in enforcement proceedings. Mercedes-Benz of Miami will not condone employment discrimination of any kind as set forth in federal anti-discrimination laws. It is the policy of Mercedes-Benz of Miami to offer employment opportunities to all qualified employees and applicants, regardless of sex, race, color, religion, national origin, age, disability, or other protected characteristic. Mercedes-Benz of Miami does not tolerate intentional discrimination in violation of the provisions of Title VII of the Civil Rights Act of 1964. as amended; the Age Discrimination in Employment Act (ADEA); Genetic Information Nondiscrimination Act of 2008 (GINA); or the Equal Pay Act (EPA) of 1963, or the Americans with Disabilities Act (ADA), as amended.

Appropriate corrective action, up to and including termination, based upon the circumstances involved, shall be taken against any employee (including management personnel) found to have violated Mercedes-Benz of Miami's policy prohibiting discrimination. No action will be taken against an individual because he/she has exercised his/her rights under the law to oppose discriminatory acts or to file charges with the EEOC.

The EEOC enforces the federal laws against discrimination in employment on the basis of disability, race, color, religion, national origin, sex. and age. If you believe you have been discriminated against, you may contact the EEOC at 1(800) 669-4000. The EEOC charges no fees and has employees who speak languages other than English.

This Notice must remain posted for three (3) years from the date below and must not be altered, defaced or covered by any other material. Any questions about this Notice of compliance with its terms may be directed to: Robert E. Weisberg, Regional Attorney, Re: AutoNation Consent Decree at U.S. Equal Employment Opportunity Commission. 100 S.W. 2nd Street, Suite 1500, Miami, Florida 33131 and robert.weisberg@eeoc.gov.

Date: _____          _____
                                General Manager
                                Mercedes-Benz of Miami